# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER CHARLES, *et al.*,

    Plaintiffs,

vs.

MELANIE OCHS, *et al.*,

    Defendants.

Case No.  2:07-cv-01212-RLH-GWF

**ORDER**

    This matter is before the Court on Defendant County of Clark's Motion for Leave to Take Deposition of Incarcerated Person (#118) filed June 24, 2010, and Plaintiffs' Non-Opposition to Defendant County of Clark's Motion for Leave to Take Deposition of Incarcerated Person (#122), filed June 25, 2010.

    Pursuant to Fed.R.Civ.P. 30(a)(2), a party must obtain leave of court, which shall be granted to the extent consistent with the principles in Fed.R.Civ.P. 26(b)(2), if the person to be examined is confined in prison.  Defendant requests leave to take the deposition of Melanie Ochs in preparation for their defense in this matter.  Accordingly,

    **IT IS ORDERED** Defendant County of Clark's Motion for Leave to Take Deposition of Incarcerated Person (#118) is **granted**.

. . .

. . .

. . .

. . .

. . .

1  **IT IS FURTHER ORDERED** that the hearing on this matter currently set for July 29, 2010 at 9:30 a.m. is **vacated**.  The hearing on Plaintiffs' Motion to Strike Defendant's Expert Witness Daniel M. Marble (#119) and Defendants' Motion to Extend Discovery Schedule and Filing Dates (#124) will still take place on July 29, 2010 at 9:30 a.m.

DATED this 13th day of July, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge