# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER CHARLES, *et al.*, | Case No.  2:07-cv-01212-RLH-GWF |
| Plaintiffs, | Consolidated with: |
| vs. | Case No.: 2:08-cv-01146-KJD-GWF |
| MELANIE OCHS, *et al.*, | **ORDER** |
| Defendants. | |

This matter is before the Court on Defendants Maple Star Nevada and Jennifer Erbes' Motion to Extend Discovery Schedule and Filing Dates (#124), filed July 6, 2010 and Defendants Maple Star Nevada and Jennifer Erbes' Motion to Extend Discovery Schedule and Filing Dates (#25), filed July 6, 2010 in Case No. 2:08-cv-01146; Plaintiffs' Non-Opposition to Defendants Maple Star Nevada and Jennifer Erbes' Motion to Extend Discovery Schedule and Filing Dates (#127), filed July 9, 2010; Defendant County of Clark's Limited Opposition to Maple Star Nevada and Jennifer Erbes' Motion to Extend Discovery Schedule and Filing Dates (#130), filed July 19, 2010; and Defendants Maple Star Nevada and Jennifer Erbes' Reply to Clark County's Limited Opposition (#133), filed July 22, 2010. The Court conducted a hearing in this matter on July 29, 2010.  After considering the papers submitted by the parties, as well as oral argument by counsel, and good cause appearing,

**IT IS HEREBY ORDERED** Defendants Maple Star Nevada and Jennifer Erbes' Motion to Extend Discovery Schedule and Filing Dates (#124) and Defendants Maple Star Nevada and Jennifer Erbes' Motion to Extend Discovery Schedule and Filing Dates (#25), filed in Case No. 2:08-cv-01146

. . .

. . .

1 are **denied** without prejudice. The parties are to file a proposed Amended Stipulated Discovery Plan
2 and Scheduling Order on or before August 5, 2010.
3      DATED this 29th day of July, 2010.

                                              /s/ George Foley, Jr.
                                              GEORGE FOLEY, JR.
                                              United States Magistrate Judge