# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER CHARLES, *et al.*, | ) |
| Plaintiffs, | ) Case No. 2:07-cv-01212-RLH-GWF |
| vs. | ) **ORDER** |
| MELANIE OCHS, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiffs' Motion to Strike Defendants' Expert Witness Daniel M. Marble (#119), filed June 24, 2010; Defendants Maple Star Nevada and Jennifer Erbes' Opposition to Plaintiff's Motion to Strike (#126), filed July 9, 2010; Defendant County of Clark's Response to Plaintiffs' Motion to Strike (#128), filed July 12, 2010; Defendants Maple Star Nevada and Jennifer Erbes' Reply to Clark County's "Response" to Plaintiffs' Motion to Strike (#132), filed July 22, 2010. The Court conducted a hearing in this matter on July 29, 2010. After considering the papers submitted by the parties, as well as oral argument by counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Strike Defendants' Expert Witness Daniel M. Marble (#119) is **denied**.

DATED this 29th day of July, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge