**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER CHARLES, *et al.*, ) | |
| Plaintiffs, ) | Case No. 2:07-cv-01212-RLH-GWF |
| vs. ) | **ORDER** |
| MELANIE OCHS, *et al.*, ) | Motion for Telephonic Appearance (#184) |
| Defendants. ) | |

This matter is before the Court on Defendants' Motion for Order Allowing Telephonic Appearance at Settlement Conference by Insurance Carrier Representative for Defendants Ochs and Tokarski (#184), filed January 5, 2011 and Plaintiffs' Errata to Opposition to Defendants' Motion for Order Allowing Telephonic Appearance at Settlement Conference by Insurance Carrier (#188), filed January 10, 2011.

Defendants seek leave for the representative of United National Insurance Company to appear telephonically at the settlement conference scheduled for January 21, 2011 as the representative is based in Pennsylvania. (#184). Plaintiffs object to having the representative appear telephonically because the Court has previously ordered (#147) that all individuals "with binding authority to settle this matter" be present for the duration of the conference. (#188). Upon review and consideration, the Court will grant Defendants' request for the insurance representative to appear telephonically on condition that insurance defense counsel will appear with binding authority to settle the matter. Accordingly,

. . .

. . .

. . .

**IT IS HEREBY ORDERED** that Defendants' Motion for Order Allowing Telephonic Appearance at Settlement Conference by Insurance Carrier Representative for Defendants Ochs and Tokarski (#184) is **granted**.

DATED this 11th day of January, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge