# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHRISTOPHER CHARLES, *et al.*,

    Plaintiffs,

vs.

MELANIE OCHS, *et al.*,

    Defendants.

Case No. 2:07-cv-01212-RLH-GWF

**ORDER**

This matter is before the Court on the Third Amended Stipulated Discovery Plan and Scheduling Order (#194) filed on January 26, 2011. Upon review and consideration,

**IT IS ORDERED** that the Third Amended Stipulated Discovery Plan and Scheduling Order (#194) is **denied**.

**IT IS FURTHER ORDERED** that the request for a new trial date is **denied.**

**IT IS FURTHER ORDERED** that the joint pretrial order shall be filed no later than **February 18, 2011.**

DATED this 27th day of January, 2011.

                                                                   GEORGE FOLEY, JR.
                                                                   United States Magistrate Judge