MARJORIE HAUF ESQ.
Nevada Bar No. 008111
GANZ & HAUF
8950 W. Tropicana Avenue, Suite 1
Las Vegas, Nevada 89149
Telephone: (702) 598-4529
Facsimile: (702) 598-3626
Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER CHARLES and DARREN PRUM, Special Administrators of the estate of Baby Boy Charles, born December 31, 2005 and died August 4, 2006; and MORGAN CHARLES, on behalf of the deceased BABY BOY CHARLES;<br><br>Plaintiffs,<br><br>v.<br><br>MELANIE OCHS, individually; LAURENCE TOKARSKI, individually; DOE individuals II-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXXI-XXXXV.<br><br>Defendants | CASE NO.: 2:07-cv-01212-RLH-GWF<br><br>**ORDER GRANTING PETITION TO COMPROMISE AND SETTLE CONTROVERSY OF CLAIM RE: PERSONAL INJURIES TO THE ESTATE OF BABY BOY CHARLES AND RELATED RELIEF** |

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 1 of 3

|   |   |
|---|---|
| CHRISTOPHER CHARLES and DARREN PRUM, Special Administrators of the estate of Baby Boy Charles, born December 31, 2005 and died August 4, 2006; and MORGAN CHARLES, on behalf of the deceased BABY BOY CHARLES;<br><br>Plaintiffs,<br><br>v.<br><br>MAPLE STAR NEVADA, A Domestic Corporation; JENNIFER ERBES, Individually and in her official capacity; DOE individuals I-X; ROE MAPLE STAR NEVADA EMPLOYEES XI-XXX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXXI-XXXV.<br><br>Defendants | CASE NO.:   2:08-cv-01146-KJD-GWF<br>(consolidated with case no. 2:07-cv-01212-RLH-GWF) |

UPON A READING of the forgoing PETITION TO COMPROMISE AND SETTLE CONTROVERSY OF CLAIM RE: PERSONAL INJURIES TO THE ESTATE OF BABY BOY CHARLES AND RELATED RELIEF, and good cause appearing therefore,

IT IS ORDERED ADJUDGED AND DECREED decedent died while in the custody of Defendant, Clark County, medical specials and funeral expenses were paid by them. No medical specials or funeral expenses have been paid by the Special Co-Administrators.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that no portion of the settlement proceeds from this case were allocated to special damages, such as medical expenses, which the decedent incurred or sustained before the decedent's death, funeral expenses, or penalties, including, but not limited to, exemplary or punitive damages, that the decedent would have recovered if the decedent had lived.

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

Page 2 of 3

IT IS FURTHER ORDERED ADJUDGED AND DECREED that since no damages recoverable by the personal representatives of the decedent pursuant to NRS 41.085(5) were part of the settlement proceeds, the Estate claim has a value of and will be compromised at zero.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Special Co-Administrators, shall dismiss the pending lawsuit against the Estate, only.

DATED this 12th day of December, 2011.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

GANZ & HAUF

_____
MARJORIE HAUF, ESQ



GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626