MARJORIE HAUF ESQ.
Nevada Bar No. 008111
GANZ & HAUF
8950 W. Tropicana Avenue, Suite 1
Las Vegas, Nevada 89149
Telephone: (702) 598-4529
Facsimile: (702) 598-3626
Attorneys for Petitioner

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER CHARLES and DARREN PRUM, Special Administrators of the estate of Baby Boy Charles, born December 31, 2005 and died August 4, 2006; and MORGAN CHARLES, on behalf of the deceased BABY BOY CHARLES;<br><br>Plaintiffs,<br><br>v.<br><br>MELANIE OCHS, individually; LAURENCE TOKARSKI, individually; DOE individuals II-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXXI-XXXXV.<br><br>Defendants | CASE NO.: 2:07-cv-01212-RLH-GWF<br><br><br>**ORDER GRANTING PETITION FOR COMPROMISE OF MINORS' CLAIMS WITH CLARK COUNTY** |

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

| | |
|---|---|
| CHRISTOPHER CHARLES and DARREN PRUM, Special Administrators of the estate of Baby Boy Charles, born December 31, 2005 and died August 4, 2006; and MORGAN CHARLES, on behalf of the deceased BABY BOY CHARLES;<br><br>Plaintiffs,<br><br>v.<br><br>MAPLE STAR NEVADA, A Domestic Corporation; JENNIFER ERBES, Individually and in her official capacity; DOE individuals I-X; ROE MAPLE STAR NEVADA EMPLOYEES XI-XXX, individually and in their official capacities; COUNTY OF CLARK, a political subdivision of the State of Nevada; and ZOE CORPORATIONS XXXI-XXXV.<br><br>Defendants | CASE NO.:   2:08-cv-01146-KJD-GWF<br>(consolidated with case no. 2:07-cv-01212-RLH-GWF) |

UPON A READING of the foregoing PETITION FOR COMPROMISE OF MINORS' CLAIMS WITH CLARK COUNTY, and the ERRATA thereto, and good cause appearing therefore,

IT IS ORDERED ADJUDGED AND DECREED that the Court approves the monetary settlement between Morgan Charles and Clark County, for the benefit of the minor children, ERIN KAITLYN MOORE, MATTHEW MOORE, FAITH WILLS, and CHELSEA CHARLES.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that the settlement on behalf of CHELSEA CHARLES shall be divided into two separate trusts. Half of her settlement will be placed in a blocked trust account until she reaches the age of eighteen (18). The other half will be placed in a Court-approved Guardianship Trust, which shall be used to meet CHELSEA's health, education, and welfare needs, under the trusteeship of an independent attorney appointed by the Guardianship Court in CHELSEA's place of residence.

GANZ & HAUF
8950 W. Tropicana Ave., #1
Las Vegas, NV 89147
Phone: (702) 598-4529
Fax: (702) 598-3626

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Plaintiffs' counsel, Ganz & Hauf, may be paid its reduced settlement fees, according to the terms of the settlement agreement, in the amount of $46,666.67.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Clark County shall contribute $20,000 towards Plaintiffs' costs in furtherance of Plaintiffs' claims in this litigation, as documented by Plaintiffs' counsel. This amount will be paid above and beyond the above-referenced settlement and will not be deducted from the children's recovery.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Plaintiffs' remaining outstanding costs, $17,165.61, be prorated among all recoveries, including those outside the scope of the foregoing PETITION. The prorated amount of $8,286.82 shall be paid out of the $140,000 portion of the settlement that is the subject of the foregoing PETITION.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that the settlement with Clark County, in the amount of $140,000.00, be divided and paid as follows:

| | |
|---|---|
| Net Recovery to be placed in ERIN KAITLYN MOORE's Trust Account: | $3,037.37 |
| Net Recovery to be placed in MATTHEW MOORE's Trust Account: | $3,037.37 |
| Net Recovery to be placed in FAITH WILLS's Trust Account: | $3,037.37 |
| Net Recovery to be placed in CHELSEA CHARLES's Trust Account: | $37,967.20 |
| Net Recovery to be placed in CHELSEA CHARLES's Guardianship Trust: | $37,967.20 |
| Attorney fees to Plaintiffs' counsel, Ganz & Hauf: | $46,666.67 |
| Costs payable to Plaintiffs' counsel, Ganz & Hauf: | $8,286.82 |

IT IS FURTHER ORDERED ADJUDGED AND DECREED that the minors' portion of the settlement shall be placed in separate interest bearing blocked accounts, with each institution receiving a copy of the Order in this matter which would preclude the withdrawal of any funds from said account until each minor reaches the age of eighteen or by Order of the Court.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Petitioners will file with the Court verification of said notice within 30 days of the receipt of funds and establishing the account.

DATED this 2nd day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

GANZ & HAUF

_____
MARJORIE HAUF, ESQ

